IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CHRISTOPHER LEON HAINTA,<br><br>    Defendant. | CRIMINAL NO. 16-40038-JPG<br><br>Title 18, United States Code,<br>Section 1792(a)(2), (b)(3), and (d)(1)(B) |

**FILED**
SEP 0 6 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### POSSESSION OF A WEAPON BY AN INMATE

On or about July 22, 2016, in Williamson County, within the Southern District of Illinois,

**CHRISTOPHER LEON HAINTA,**

defendant herein, while confined as an inmate at and within the United States Penitentiary at Marion, Illinois, a federal correctional facility, did knowingly possess a prohibited object, to wit: an weapon, further described as a piece of metal sharpened to a point with a cloth handle and lanyard attached, having an approximate length of 5 ¾ inches, in violation of Title 18, United States Code, Section 1791(a)(2), (b)(3), and (d)(1)(B).

**A TRUE BILL**

_____
**DONALD S. BOYCE**
United States Attorney

_____
**JAMES M. CUTCHIN**
Assistant United States Attorney